## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of October, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Scott Smith, Sr. Counsel
CNH America, LLC
P.O. Box 1895, M.S. 237
New Holland, PA 17557-0903

_____
Mary E. Augustine (No. 4477)